McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
JEFFREY A. SPIVAK
ERIN M. SALES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00058-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MICHAEL CHU LO, and SUZY VANG LO, | |
| Defendants. | |

WHEREAS, on April 18, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Michael Chu Lo and Suzy Vang Lo, in the following property: Approximately $26,040.00 in U.S. Currency and Approximately $35,717.18 in U.S. Currency (collectively the "Subject Currency");

AND WHEREAS, beginning on April 24, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, on April 23, 2018, the United States sent direct written notice to Maypia Xiong at her last known address.

AND WHEREAS, on May 17, 2018, Maypia Xiong filed a *pro se* Petition for Ancillary Hearing and Petition for Remission/Mitigation to the Subject Currency.

AND WHEREAS, on June 13, 2018, the Court issued a discovery order in the ancillary process.

AND WHEREAS, the United States noticed Maypia Xiong's deposition for September 14, 2018. Ms. Xiong was served both by mail and personal service with the notice of taking deposition. Ms. Xiong did not appear for her deposition on September 14, 2018.

AND WHEREAS, on December 17, 2018, the Court granted the United States' motion to dismiss Maypia Xiong's ancillary petition finding that her failure to appear for her deposition demonstrated an abandonment of her claim.

AND WHEREAS, the Court has been advised that no other third party has filed a claim to the Subject Currency and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED that:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Michael Chu Lo, Suzy Vang Lo, and potential claimant Maypia Xiong.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __December 20, 2018__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE